IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Bobby Waddle, | ) |
| | ) Case No. 3:15-cv-1309 |
| Plaintiff, | ) |
| | ) Judge Sharp |
| v. | ) Magistrate Judge Brown |
| | ) |
| Commissioner Tennessee Department of | ) |
| Corrections, et al., | ) |
| | ) |
| Defendants | ) |

## DENIAL OF ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default against unspecified defendants (Docket Entry No. 148). The motion is denied as Plaintiff has not provided the names of those against whom default is sought nor has Plaintiff shown service upon them or filed the requisite affidavit(s) of military service. In addition, Plaintiff was recently appointed counsel from the Court's Civil Appointments Panel. Any motions should now be filed by counsel only, so long as counsel serves as Plaintiff's attorney.


s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court